# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

138774-5(60)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERT SHAW and JOHN BEDO,
      Plaintiffs-Appellees,

v

CITY OF ECORSE,
      Defendant-Appellant.

SC: 138774-5
COA: 279997, 280693
Wayne CC: 05-527571-NZ

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of defendant-appellant's motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

p0126